AUDET & PARTNERS, LLP
WILLIAM M. AUDET
JOSHUA C. EZRIN
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: (415) 982-1776
Facsimile: (415) 576-1776

THE SCHMIDT FIRM, LLP
MICHAEL E. SCHMIDT
2911 Turtle Creek Blvd.,
Suite 1400
Dallas, TX 75219
Telephone: (214) 521-4898
Facsimile: (214) 521-9995

Attorneys for Plaintiff
LELAND BROWN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. C-06-3279CRB <br><br> **MDL NO. 1699** <br> **District Judge: Charles R. Breyer** |
| LELAND BROWN <br> Individual Case No. C-06-3279CRB | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Comes now the Plaintiff, Leland Brown, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal with prejudice of Plaintiff LELAND BROWN's action, only, with each side bearing its own attorneys' fees and costs.

1  DATED: August 21, 2007

~~ALEXANDER, HAWES & AUDET LLP~~ Audet & Partners, LLP

By: _/s/_ Adel A. Nadji

William M. Audet
Joshua C. Ezrin
221 Main Street, Suite 1460
San Francisco, CA 94105
Telephone: (415) 982-1776
Facsimile: (415) 576-1776

Michael E. Schmidt
THE SCHMIDT FIRM
2911 Turtle Creek Blvd.,
Suite 1400
Dallas, TX 75219
Telephone: (214) 521-4898
Facsimile: (214) 521-9995

Attorneys for Plaintiff
Leland Brown

13  DATED: August 21, 2007

ADORNO & YOSS LLP

By: _/s/_

Anthony N. Upshaw
2525 Ponce de Leon Blvd., Suite 400
Miami, FL 33134
Telephone: (305) 460-1000
Facsimile: (305) 460-1422

Attorneys for Defendants
PFIZER INC., PHARMACIA
CORPORATION, and MONSANTO
COMPANY (the Monsanto Company
now known as Pharmacia Corporation)

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Aug. 24, 2007

Hon. Charles R. Breyer
United States District Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

[STAMP: IT IS SO ORDERED /s/ Judge Charles R. Breyer]

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

I am employed in the County of San Francisco, State of California; my business address is 221 Main Street, Suite 1460, San Francisco, California 94105. I am over the age of 18 and not a party to the within action. On this date I served the following documents:

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

on the parties shown below:

Anthony N. Upshaw
ADORNO & YOSS LLP
2525 Ponce de Leon Blvd., Suite 400
Miami, FL 33134
Telephone: (305) 460-1000
Facsimile: (305) 460-1422

[X] **(BY FAX)** I am readily familiar with the firm's practice of facsimile transmission; on this date the above-referenced documents were transmitted, the transmission was reported as complete and without error and the report was properly issued.

[ ] **(BY MAIL)** I am readily familiar with the firm's practice for the processing of mail; on this date, the above-referenced documents were placed for collection and delivery by the U.S. Postal Service following ordinary business practices.

[ ] **(BY OVERNIGHT DELIVERY)** I am readily familiar with the firm's practice for the processing of documents for delivery services; on this date, the above-referenced documents were placed for collection and delivery following ordinary business practices.

[X] **(BY ELECTRONIC FILING)** On this date I provided the documents(s) listed above electronically through the Court's electronic filing service provider pursuant to the instructions on that website.

[ ] **(BY E-MAIL)** On this date, the above-referenced documents were converted to electronic files and e-mailed to the addresses shown.

[ ] **(BY PERSONAL SERVICE)** I caused the above documents to be delivered by hand pursuant to CCP § 1011.

[X] Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

State: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this 23rd day of August, 2007 at San Francisco, California.

